

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2014

No. 04-12-00755-CV

Roger L. **GRAHAM**, John B. Graham, John Regmund, Glenn Regmund, Wilma Regmund,
Raellen Regmund Mattingly, Rayanne Regmund Chesser, Albert O. Menn, and Irene C. Menn,
Appellants

v.

George L. **PROCHASKA**, Jr., Patricia Prochaska Holland, Jeanette Prochaska Mazza, Dawn
Prochaska Snyder, Frederick James Prochaska, II and Rebecca Prochaska Willis,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 12-02-00023-CVK
Honorable Donna S. Rayes, Judge Presiding

## C O R R E C T E D   O R D E R

Sitting:    Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On February 14, 2014, appellants filed a motion for en banc reconsideration of this appeal. The court denies the motion.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court